■ LAWRENCE D. GADLEY, Respondent, v U.S. SUGAR COMPANY, INC., Appellant and Third-Party Plaintiff-Appellant. EGW TEMPORARIES, INC., Third-Party Defendant-Respondent. (Appeal No. 2.) [689 NYS2d 875] —Appeal from order insofar as it denied reargument unanimously dismissed (*see, Empire Ins. Co. v Food City,* 167 AD2d 983, 984) and order affirmed without costs. Same Memorandum as in *Gadley v U.S. Sugar Co.* (259 AD2d 1041 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Whelan, J.—Summary Judgment.) Present—Denman, P. J., Green, Pine, Hayes and Hurlbutt, JJ.